UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date: May 9, 2017                                                             Judge: Hon. James Donato

Court Reporter: JoAnn Bryce

Time: 3 Minutes

Case No.        3:17-mj-70643-MAG
Case Name       USA v. Ryan Michael Spencer

Attorney(s) for Government:    Julie Garcia
Attorney(s) for Defendant(s):  Christopher Parkhurst
Interpreter: N/A
Pretrial Officer: Ladeena Walton

Deputy Clerk: Lisa Clark

PROCEEDINGS

Motion to Revoke - held
Motion to Seal - held

NOTES AND ORDERS

The defendant withdraws his opposition to the government's motion to revoke pretrial release, Dkt. No. 9, and agrees to be detained pending trial. No written order will issue. The Court grants the government's pending motion to seal. Dkt. No. 17.